FILED
1:59 pm May 06 2024
Clerk U.S. District Court
Northern District of Ohio
Akron

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 5:24cr152 |
| Plaintiff, ) | Judge David A. Ruiz |
| v. ) | Magistrate Judge Amanda M. Knapp |
| BRANDON E. CRAWFORD., ) | **CONSENT OF DEFENDANT TO ATTEND HEARING VIA VIDEO CONFERENCE** |
| Defendant. ) | |

I, Brandon E. Crawford, the above-named defendant, do hereby give up my right to appear in person for Arraignment and consent to conducting these proceedings via video conference pursuant to Rule 10 of the Fed R. of Criminal Procedure.

_____  Date: 5-6-24
Defendant

_____  Date: 5/6/24
Defense Counsel